**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

ERICK PEREZ PALACIOS                          CASE NO.  1:26-CV-01134 SEC P

VERSUS                                        JUDGE TERRY A. DOUGHTY

SHAD RICE ET AL                               MAGISTRATE JUDGE CAROL B. WHITEHURST

**JUDGMENT**

Before the Court is a Report and Recommendation [Doc. No. 12] of the Magistrate Judge. Respondents, Brian Acuna, Todd Lyons, and Markwayne Mullin in their official capacities (collectively, "Respondents"), filed written objections thereto [Doc. No. 13], and Petitioner, Erick Perez Palacios ("Petitioner"), filed a response to the objections [Doc. No. 14]. Considering these filings, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

**IT IS ORDERED**, **ADJUDGED**, **AND DECREED** that Petitioner's Petition for Writ of Habeas Corpus ("Habeas Petition") [Doc. No. 1] is **GRANTED IN PART** and **DENIED IN PART**. To the extent Petitioner seeks relief under 8 U.S.C. § 1232(c)(2)(B), his Habeas Petition is **GRANTED**; and the Secretary of Homeland Security must, within **ten** (10) days, conduct a hearing to determine Petitioner's placement in the least restrictive setting available as prescribed in 8 U.S.C. § 1232(c)(2)(B). Respondents must provide Petitioner adequate notice of the hearing.

The parties shall file a joint status report within 48 hours after the hearing, confirming that the hearing was conducted and informing the Court of the result.

**IT IS FURTHER ORDERED**, **ADJUDGED**, **AND DECREED** that if the Secretary of Homeland Security does not provide the above relief within ten (10) days, Respondents shall release Petitioner from custody in accordance only with any terms and conditions of his prior release, without any additional bond requirements or new conditions.

**IT IS FURTHER ORDERED**, **ADJUDGED**, **AND DECREED** that the Habeas Petition is otherwise **DENIED AND DISMISSED**.

MONROE, LOUISIANA, this 8th day of July 2026.

TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE