**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| **ERICK PEREZ PALACIOS** | **CASE NO. 1:26-CV-01134 SEC P** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **SHAD RICE ET AL** | **MAGISTRATE JUDGE CAROL B. WHITEHURST** |

**ORDER**

Considering the Status Report regarding release from custody [Doc. No. 19] filed by Petitioner, Erik Perez Palacios,

**IT IS ORDERED** that this case is **CLOSED** and any pending motions are now **DENIED AS MOOT**.

MONROE, LOUISIANA, this 18th day of August 2026.

TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE